:10-cv-11537-MAG-PJK   Doc # 217   Filed 04/16/12   Pg 1 of 12   Pg ID 2728

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONEYFORLAWSUITS V LP
d/b/a MFL CASEFUNDING, a Delaware
limited partnership, and
GUARDIAN ADVISORS LP II
d/b/a MFL CASEFUNDING, a Delaware
limited partnership,

        Plaintiffs,                Case No. 4:10-cv-11537-MAG-PJK

v.                                  Judge Mark A. Goldsmith
                                      Magistrate Judge Paul J. Komives

TAMMY ROWE a/k/a TAMMY LACROSS,
CARRIE FLEMION, LURA L. GIPSON,
ROXANNE LOFTON, DELORES MADISON,
WENDY GARAGIOLA, PAMELA MOFFIT,
all Michigan citizens, and VIVIAN
AROUSELL, an Indiana citizen,

        Defendants.

_____/

## JUDGMENT

The Court having entered an Opinion and Order on March 29, 2012 (1) Accepting and

Adopting the Magistrate Judge's Report and Recommendation, (2) Granting Plaintiff's Motion

for Summary Judgment, and (3) Denying Defendants' Motion for Summary Judgment [DE 214],

it is hereby

**ORDERED** that Judgment is entered in favor of Plaintiff Guardian Advisors LP II d/b/a

MFL CaseFunding and against Defendant Vivian Arousell on Plaintiff's claims for breach of

contract and anticipatory breach of contract (Complaint, Counts VIII and XVI) in the amount of

$338,475.97, plus attorney fees and costs in the amount of $5,000.00; it is further

**ORDERED** that any unpaid portion of this Judgment will accrue post-judgment interest

pursuant to 28 U.S.C. § 1961.

Stipulated Judgments (6 - all Defendants) (00695335).DOCX

SO ORDERED.


Dated:  April 16, 2012                          s/Mark A. Goldsmith
      Flint, Michigan                          MARK A. GOLDSMITH
                                United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 16, 2012.

                               s/Deborah J. Goltz
                               DEBORAH J. GOLTZ
                               Case Manager


Stipulated as to form only:


/s/ David E. Plunkett
David E. Plunkett (P66696)
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
380 N. Old Woodward, Suite 300
Birmingham, MI  48009
(248) 642-0333
dep@wwrplaw.com

Attorneys for Plaintiffs



/s/ Ralph J. Sirlin
Ralph J. Sirlin (P24635)
REOSTI & SIRLIN, P.C.
23880 Woodward
Pleasant Ridge, MI  48068
(248) 691-4200
rsirlin@rjslawoffice.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONEYFORLAWSUITS V LP
d/b/a MFL CASEFUNDING, a Delaware
limited partnership, and
GUARDIAN ADVISORS LP II
d/b/a MFL CASEFUNDING, a Delaware
limited partnership,

                Plaintiffs,                        Case No. 4:10-cv-11537-MAG-PJK
v.                                              Judge Mark A. Goldsmith
                                              Magistrate Judge Paul J. Komives
TAMMY ROWE a/k/a TAMMY LACROSS,
CARRIE FLEMION, LURA L. GIPSON,
ROXANNE LOFTON, DELORES MADISON,
WENDY GARAGIOLA, PAMELA MOFFIT,
all Michigan citizens, and VIVIAN
AROUSELL, an Indiana citizen,

                Defendants.

_____/

## JUDGMENT

      The Court having entered an Opinion and Order on March 29, 2012 (1) Accepting and

Adopting the Magistrate Judge's Report and Recommendation, (2) Granting Plaintiff's Motion

for Summary Judgment, and (3) Denying Defendants' Motion for Summary Judgment [DE 214],

it is hereby

      **ORDERED** that Judgment is entered in favor of Plaintiff Guardian Advisors LP II d/b/a

MFL CaseFunding and against Defendant Wendy Garagiola on Plaintiff's claims for breach of

contract and anticipatory breach of contract (Complaint, Counts  VI and XIV) in the amount of

$575,502.55, plus attorney fees and costs in the amount of $5,000.00; it is further

      **ORDERED** that any unpaid portion of this Judgment will accrue post-judgment interest

pursuant to 28 U.S.C. § 1961.

Stipulated Judgments (6 - all Defendants) (00695335).DOCX

**SO ORDERED.**

Dated:  April 16, 2012                     s/Mark A. Goldsmith
      Flint, Michigan                     MARK A. GOLDSMITH
                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 16, 2012.

                                           s/Deborah J. Goltz
                                           DEBORAH J. GOLTZ
                                           Case Manager

Stipulated as to form only:

/s/ David E. Plunkett
David E. Plunkett (P66696)
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
380 N. Old Woodward, Suite 300
Birmingham, MI  48009
(248) 642-0333
dep@wwrplaw.com

Attorneys for Plaintiffs

/s/ Ralph J. Sirlin
Ralph J. Sirlin (P24635)
REOSTI & SIRLIN, P.C.
23880 Woodward
Pleasant Ridge, MI  48068
(248) 691-4200
rsirlin@rjslawoffice.com

Attorneys for Defendants

Stipulated Judgments (6 - all Defendants) (00695335).DOCX

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONEYFORLAWSUITS V LP
d/b/a MFL CASEFUNDING, a Delaware
limited partnership, and
GUARDIAN ADVISORS LP II
d/b/a MFL CASEFUNDING, a Delaware
limited partnership,

          Plaintiffs,                              Case No. 4:10-cv-11537-MAG-PJK
v.                                                Judge Mark A. Goldsmith
                                                Magistrate Judge Paul J. Komives
TAMMY ROWE a/k/a TAMMY LACROSS,
CARRIE FLEMION, LURA L. GIPSON,
ROXANNE LOFTON, DELORES MADISON,
WENDY GARAGIOLA, PAMELA MOFFIT,
all Michigan citizens, and VIVIAN
AROUSELL, an Indiana citizen,

          Defendants.

_____/

## JUDGMENT

The Court having entered an Opinion and Order on March 29, 2012 (1) Accepting and Adopting the Magistrate Judge's Report and Recommendation, (2) Granting Plaintiff's Motion for Summary Judgment, and (3) Denying Defendants' Motion for Summary Judgment [DE 214], it is hereby

**ORDERED** that Judgment is entered in favor of Plaintiff Guardian Advisors LP II d/b/a MFL CaseFunding and against Defendant Delores Madison on Plaintiff's claims for breach of contract and anticipatory breach of contract (Complaint, Counts V and XIII) in the amount of $707,523.74, plus attorney fees and costs in the amount of $5,000.00; it is further

**ORDERED** that any unpaid portion of this Judgment will accrue post-judgment interest pursuant to 28 U.S.C. § 1961.

1

SO ORDERED.

Dated:  April 16, 2012                         s/Mark A. Goldsmith
        Flint, Michigan                         MARK A. GOLDSMITH
                                                United States District Judge

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 16, 2012.


                                                s/Deborah J. Goltz
                                                DEBORAH J. GOLTZ
                                                Case Manager

Stipulated as to form only:


/s/ David E. Plunkett
David E. Plunkett (P66696)
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
380 N. Old Woodward, Suite 300
Birmingham, MI  48009
(248) 642-0333
dep@wwrplaw.com


Attorneys for Plaintiffs




/s/ Ralph J. Sirlin
Ralph J. Sirlin (P24635)
REOSTI & SIRLIN, P.C.
23880 Woodward
Pleasant Ridge, MI  48068
(248) 691-4200
rsirlin@rjslawoffice.com


Attorneys for Defendants

Stipulated Judgments (6 - all Defendants) (00695335).DOCX

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONEYFORLAWSUITS V LP
d/b/a MFL CASEFUNDING, a Delaware
limited partnership, and
GUARDIAN ADVISORS LP II
d/b/a MFL CASEFUNDING, a Delaware
limited partnership,

        Plaintiffs,                    Case No. 4:10-cv-11537-MAG-PJK
v.                                        Judge Mark A. Goldsmith
                                              Magistrate Judge Paul J. Komives

TAMMY ROWE a/k/a TAMMY LACROSS,
CARRIE FLEMION, LURA L. GIPSON,
ROXANNE LOFTON, DELORES MADISON,
WENDY GARAGIOLA, PAMELA MOFFIT,
all Michigan citizens, and VIVIAN
AROUSELL, an Indiana citizen,

        Defendants.

_____/

## JUDGMENT

     The Court having entered an Opinion and Order on March 29, 2012 (1) Accepting and

Adopting the Magistrate Judge's Report and Recommendation, (2) Granting Plaintiff's Motion

for Summary Judgment, and (3) Denying Defendants' Motion for Summary Judgment [DE 214],

it is hereby

     **ORDERED** that Judgment is entered in favor of Plaintiff Guardian Advisors LP II d/b/a

MFL CaseFunding and against Defendant Lura Gipson on Plaintiff's claims for breach of

contract and anticipatory breach of contract (Complaint, Counts III anda XI) in the amount of

$631,187.82, plus attorney fees and costs in the amount of $5,000.00; it is further

     **ORDERED** that any unpaid portion of this Judgment will accrue post-judgment interest

pursuant to 28 U.S.C. § 1961.

SO ORDERED.


Dated:  April 16, 2012                          s/Mark A. Goldsmith
        Flint, Michigan                         MARK A. GOLDSMITH
                                                United States District Judge

## CERTIFICATE OF SERVICE

        The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 16, 2012.

                                                s/Deborah J. Goltz
                                                DEBORAH J. GOLTZ
                                                Case Manager

Stipulated as to form only:


/s/ David E. Plunkett
David E. Plunkett (P66696)
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
380 N. Old Woodward, Suite 300
Birmingham, MI  48009
(248) 642-0333
dep@wwrplaw.com

Attorneys for Plaintiffs



/s/ Ralph J. Sirlin
Ralph J. Sirlin (P24635)
REOSTI & SIRLIN, P.C.
23880 Woodward
Pleasant Ridge, MI  48068
(248) 691-4200
rsirlin@rjslawoffice.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONEYFORLAWSUITS V LP
d/b/a MFL CASEFUNDING, a Delaware
limited partnership, and
GUARDIAN ADVISORS LP II
d/b/a MFL CASEFUNDING, a Delaware
limited partnership,

               Plaintiffs,                          Case No. 4:10-cv-11537-MAG-PJK

v.                                           Judge Mark A. Goldsmith

                                           Magistrate Judge Paul J. Komives

TAMMY ROWE a/k/a TAMMY LACROSS,
CARRIE FLEMION, LURA L. GIPSON,
ROXANNE LOFTON, DELORES MADISON,
WENDY GARAGIOLA, PAMELA MOFFIT,
all Michigan citizens, and VIVIAN
AROUSELL, an Indiana citizen,

               Defendants.

_____/

**JUDGMENT**

      The Court having entered an Opinion and Order on March 29, 2012 (1) Accepting and

Adopting the Magistrate Judge's Report and Recommendation, (2) Granting Plaintiff's Motion

for Summary Judgment, and (3) Denying Defendants' Motion for Summary Judgment [DE 214],

it is hereby

      **ORDERED** that Judgment is entered in favor of Plaintiff Guardian Advisors LP II d/b/a

MFL CaseFunding and against Defendant Roxanne Lofton on Plaintiff's claims for breach of

contract and anticipatory breach of contract (Complaint, Counts IV and XII) in the amount of

$311,618.54, plus attorney fees and costs in the amount of $5,000.00; it is further

      **ORDERED** that any unpaid portion of this Judgment will accrue post-judgment interest

pursuant to 28 U.S.C. § 1961.

1

SO ORDERED.

Dated:  April 16, 2012                           s/Mark A. Goldsmith
        Flint, Michigan                          MARK A. GOLDSMITH
                                                 United States District Judge

<u>CERTIFICATE OF SERVICE</u>

        The undersigned certifies that the foregoing document was served upon counsel of record
and any unrepresented parties via the Court's ECF System to their respective email or First Class
U.S. mail addresses disclosed on the Notice of Electronic Filing on April 16, 2012.

                                                 s/Deborah J. Goltz
                                                 DEBORAH J. GOLTZ
                                                 Case Manager

Stipulated as to form only:


/s/ David E. Plunkett
David E. Plunkett (P66696)
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
380 N. Old Woodward, Suite 300
Birmingham, MI  48009
(248) 642-0333
dep@wwrplaw.com

Attorneys for Plaintiffs



/s/ Ralph J. Sirlin
Ralph J. Sirlin (P24635)
REOSTI & SIRLIN, P.C.
23880 Woodward
Pleasant Ridge, MI  48068
(248) 691-4200
rsirlin@rjslawoffice.com

Attorneys for Defendants

Stipulated Judgments (6 - all Defendants) (00695335).DOCX

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONEYFORLAWSUITS V LP
d/b/a MFL CASEFUNDING, a Delaware
limited partnership, and
GUARDIAN ADVISORS LP II
d/b/a MFL CASEFUNDING, a Delaware
limited partnership,

                Plaintiffs,                      Case No. 4:10-cv-11537-MAG-PJK
v.                                          Judge Mark A. Goldsmith
                                            Magistrate Judge Paul J. Komives
TAMMY ROWE a/k/a TAMMY LACROSS,
CARRIE FLEMION, LURA L. GIPSON,
ROXANNE LOFTON, DELORES MADISON,
WENDY GARAGIOLA, PAMELA MOFFIT,
all Michigan citizens, and VIVIAN
AROUSELL, an Indiana citizen,

                Defendants.
_____/

## JUDGMENT

      The Court having entered an Opinion and Order on March 29, 2012 (1) Accepting and

Adopting the Magistrate Judge's Report and Recommendation, (2) Granting Plaintiff's Motion

for Summary Judgment, and (3) Denying Defendants' Motion for Summary Judgment [DE 214],

it is hereby

      **ORDERED** that Judgment is entered in favor of Plaintiff Guardian Advisors LP II d/b/a

MFL CaseFunding and against Defendant Pamela Moffit on Plaintiff's claims for breach of

contract and anticipatory breach of contract (Complaint, Counts VII and XV) in the amount of

$507,648.75, plus attorney fees and costs in the amount of $5,000.00; it is further

      **ORDERED** that any unpaid portion of this Judgment will accrue post-judgment interest

pursuant to 28 U.S.C. § 1961.

1

SO ORDERED.


Dated:  April 16, 2012                          s/Mark A. Goldsmith
       Flint, Michigan                          MARK A. GOLDSMITH
                                               United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 16, 2012.

                                         s/Deborah J. Goltz
                                         DEBORAH J. GOLTZ
                                         Case Manager


Stipulated as to form only:


/s/ David E. Plunkett
David E. Plunkett (P66696)
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.
380 N. Old Woodward, Suite 300
Birmingham, MI  48009
(248) 642-0333
dep@wwrplaw.com


Attorneys for Plaintiffs



/s/ Ralph J. Sirlin
Ralph J. Sirlin (P24635)
REOSTI & SIRLIN, P.C.
23880 Woodward
Pleasant Ridge, MI  48068
(248) 691-4200
rsirlin@rjslawoffice.com


Attorneys for Defendants

2